UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GABRIELA CARMONA AND
EDNA SEPULVEDA
(on behalf of all others
similarly situated)

        Plaintiffs,  :  Civil Case No. 08-4475 (LAK/GWG)

     v.  :  FRCP Rule 7.1 Disclosure Statement of Defendant Spanish Broadcasting System, Inc.

SPANISH BROADCASTING SYSTEM, INC.
AND ALL STAR VACATION MARKETING
GROUP, INC.

        Defendants.
------------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF DEFENDANT SPANISH BROADCASTING SYSTEM, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the following publicly held corporation owns 10% or more of the stock of Defendant, Spanish Broadcasting System, Inc.:

CBS Corporation
51 West 52nd Street
New York, NY 10019

Dated: June 5, 2008
New York, New York

*[signature]*
KAYE SCHOLER LLP
William C. Zifchak
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Attorneys for Defendant*
*Spanish Broadcasting System, Inc.*

Doc #31656380.WPD