*Kaplan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
GABRIELA CARMONA AND
EDNA SEPULVEDA
(on behalf of all others
similarly situated)
               Plaintiffs,

           Civil Case No. 08-4475
           (LAK/GWG)

      v.

SPANISH BROADCASTING SYSTEM, INC.
AND ALL STAR VACATION MARKETING
GROUP, INC.

               Defendants.
------------------------------------------------x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

## STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR SPANISH BROADCASTING SYSTEM, INC.'S ANSWER AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS

      WHEREAS Defendant Spanish Broadcasting System, Inc.'s ("SBS") Answer to Plaintiffs' First Amended Complaint is currently due to be filed on Monday, June 9, 2008; and

      WHEREAS SBS intends to file a Motion to Dismiss the First Amended Complaint in Lieu of an Answer;

      IT IS HEREBY STIPULATED by SBS and Plaintiffs, through counsel, that the briefing schedule for SBS's Motion be set as follows:

Deadline for SBS's Motion to Dismiss: June 27, 2008

Deadline for Plaintiffs' Opposition to Motion to Dismiss: August 4, 2008

Deadline for SBS's Reply in Support of Motion to Dismiss: August 19, 2008

STIPULATED AND AGREED TO BY:

Date: 6/5/08

KAYE SCHOLER, LLP

By: /s/ William C. Zifchak
William C. Zifchak
*Attorneys for Spanish Broadcasting System, Inc.*

SO ORDERED this 9 day of June, 2008:

Date: 6/5/08

MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ, PC

By: /s/ Jeff Carton
Jeffrey I. Carton
*Attorneys for Gabriela Carmona and Edna Sepulveda, on behalf of all others similarly situated*

Judge Lewis A. Kaplan
United States District Judge