UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GABRIELA CARMONA and EDNA SEPULVEDA (on behalf of all others similarly situated), | Civil Action No. 08-CV-4475 (LAK/GWG) |
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE FOR SPANISH BROADCASTING SYSTEM, INC.'S ANSWER AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| -against- | |
| SPANISH BROADCASTING SYSTEM, INC., and ALL STAR VACATION MARKETING GROUP, INC., | |
| Defendants. | |

WHEREAS Defendant, ALL STAR VACATION MARKETING GROUP, INC.'s ("All Star") Answer to Plaintiffs' First Amended Complaint is currently due to be filed; and

WHEREAS All Star intends to file a Motion to Dismiss the First Amended Complaint in lieu of an Answer;

IT IS HEREBY STIPULATED by All Star and Plaintiffs, through counsel, that the briefing schedule for All Star's Motion be set as follows:

Deadline for All Star's Motion to Dismiss: June 27, 2008

Deadline for Plaintiff's Opposition to Motion to Dismiss: August 4, 2008

Deadline for All Star's Reply in Support of Motion to Dismiss: August 19, 2008

- 1 -

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

**STIPULATED AND AGREED TO BY:**

Date: June 11, 2008                          Date: June 11, 2008

MEISELMAN, DENLEA, PACKMAN,                  BAKER & HOSTETLER LLP
CARTON & EBERZ, PC

By: _____               By: _____
    Jeffrey A. Carton (JC8296)                   Robertson D. Beckerlegge (RB1829)
    Jerome Noll (JN7542)                         45 Rockefeller Plaza,
    1311 Mamaroneck Avenue                       11th Floor
    White Plains, New York 10605                 New York, NY 10111
    Telephone: 914-517-5000                      Telephone: 212-589-4200
                                                 Telecopier: 212-589-4201

Attorneys for Gabriela Carmona and Edna      Attorneys for Defendant, All Star Vacation
Sepulveda, on behalf of all others similarly Marketing Group, Inc.
situated

SO ORDERED this 17 day of June, 2008: _____

                                             Judge Lewis A. Kaplan
                                             United States District Judge

090733, 000002, 501910251.1

- 2 -