UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GABRIELA CARMONA and EDNA SEPULVEDA (on behalf of all other similarly situated)<br><br>Plaintiffs,<br><br>-against-<br><br>SPANISH BROADCASTING SYSTEM, INC., and ALL STAR VACATION MARKETING GROUP, INC.,<br><br>Defendants. | 08-CV-4475 (LAK) (GWG)<br><br>NOTICE OF APPEARANCE |

---

**PLEASE TAKE NOTICE** that Robertson D. Beckerlegge, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111, hereby appears on behalf of Defendant All Star Vacation Marketing Group, Inc., in the above-captioned action. We request that all pleadings, papers and correspondence be served upon Defendant's counsel at this address.

Dated: New York, New York
June 24, 2008

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: /s/ Robertson D. Beckerlegge
Robertson D. Beckerlegge (RB 1829)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email Address:
rbeckerlegge@bakerlaw.com

*Attorneys for Defendant All Star Vacation Marketing Group., Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of June 2008, a copy of the foregoing **NOTICE OF APPEARANCE for ATTORNEY, ROBERTSON D. BECKERLEGGE** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                          _/s/ Theresa Blaber_
                                                          Theresa Blaber
                                                          Paralegal