*Kaplan*

RECEIVED
JUN 26 2008
JUDGE KAPLAN S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GABRIELA CARMONA and EDNA SEPULVEDA (on behalf of all others similarly situated),

    Plaintiffs,

-against-

SPANISH BROADCASTING SYSTEM, INC., and ALL STAR VACATION MARKETING GROUP, INC.,

    Defendants.

Civil Action No. 08-CV-4475 (LAK/GWG)

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR SPANISH BROADCASTING SYSTEM, INC.'S ANSWER AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**

---

WHEREAS Defendant, ALL STAR VACATION MARKETING GROUP, INC.'s ("All Star") and Defendant, SPANISH BROADCASTING SYSTEM, INC.'s ("SBS") Answer to Plaintiffs' First Amended Complaint is currently due to be filed; and

WHEREAS All Star and SBS intend to file Motions to Dismiss the First Amended Complaint in lieu of an Answer;

IT IS HEREBY STIPULATED by All Star, SBS and Plaintiffs, through counsel, that the briefing schedule for All Star's and SBS's Motions be set as follows:

Deadline for All Star's and SBS's Motions to Dismiss: July 3, 2008;

Deadline for Plaintiffs' Opposition to Motion to Dismiss: August 11, 2008;

Deadline for All Star's and SBS's Replies in Support of Motions to Dismiss: August 26, 2008.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

- 1 -

STIPULATED AND AGREED TO BY:

Date: 6/20/08

MEISELMAN, DENLEA,
PACKMAN, CARTON &
EBERZ, PC

By: _____
Jeffrey I. Carton (JC8296)
Jerome Noll (JN7542)
1311 Mamaroneck Avenue
White Plains, NY 10605
Telephone: 914-517-5000

Attorneys for Gabriela Carmona
and Edna Sepulveda, on behalf
of all others similarly situated

Date: 6/24/08

BAKER & HOSTETLER LLP

By: _____
Robertson D. Beckerlegge
(RB1829)
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
Telephone: 212-589-4200
Telecopier: 212-589-4201

Attorneys for Defendant, All Star
Vacation Marketing Group, Inc.

Date: 6/25/08

KAYE SCHOLER LLP

By: _____
William C. Zifchak (WZ 0148)
425 Park Avenue
New York, NY 10022
Telephone: 212-836-8000

Attorneys for Defendant, Spanish
Broadcasting System, Inc.

SO ORDERED this 26th day of June, 2008:  _____
by Hon. Sidney H. Stein, Part I
for Judge Lewis A. Kaplan
United States District Judge

090733, 000002, 501923633.1, Stipulation and Proposed Order to Extend Deadlines (All Star)

- 2 -