UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIELA CARMONA and EDNA SEPULVEDA (on behalf of all others similarly situated),<br><br>Plaintiffs,<br><br>-against-<br><br>SPANISH BROADCASTING SYSTEM, INC., and ALL STAR VACATION MARKETING GROUP, INC.,<br><br>Defendants. | Civil Action No.  08-CV-4475 (LAK/GWG)<br><br>**DEFENDANT, ALL STAR VACATION MARKETING GROUP, INC.'S DISCLOSURE STATEMENT** |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for All Star Vacation Marketing Group, Inc. in the above-captioned action, certifies that there is no such parent corporation or any publicly held corporation that owns 10% or more of any class of All Star Vacation Marketing, Inc.'s stock:

Dated this  3rd day of July, 2008.

- 1 -

        BAKER & HOSTETLER LLP

        By: <u>s/ Robertson D. Beckerlegge</u>
            Robertson D. Beckerlegge (RB1829)
            45 Rockefeller Plaza,
            11th Floor
            New York, NY 10111
            Telephone: 212-589-4200
            Telecopier: 212-589-4201

        Attorneys for Defendant, All Star Vacation Marketing Group, Inc.

090733, 000002, 501944840.2, Disclosure Statement (All Star)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2008, a copy of the foregoing **DEFENDANT, ALL STAR VACATION MARKETING GROUP, INC'S DISCLOSURE STATEMENT, DEFENDANT ALL STAR VACATION MARKETING GROUP. INC.'S NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT, DECLARATION OF ROBERTSON D. BECKERLEGGE and ALL STAR VACATION MARKETING GROUP, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS and MOTION TO STRIKE PORTIONS OF FIRST AMENDED CLASS ACTION COMPLAINT** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

_____
Theresa Blaber
Paralegal