DOC # 16

**MEMO ENDORSED**

**ORIGINAL**

**BAKER & HOSTETLER LLP**
ROBERTSON D. BECKERLEGGE (RB 1829)
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
Telephone: 212-589-4200
Facsimile: 212-589-4201
Attorneys for Defendant
ALL STAR VACATION MARKETING GROUP, INC.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

JUL 22 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GABRIELA CARMONA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SPANISH BROADCASTING SYSTEMS, INC. and ALL STAR VACATION MARKETING GROUP, INC.,<br><br>Defendants. | Civil Action No. 08-CIV-4475 (LAK)<br><br>**NOTICE OF UNOPPOSED MOTION FOR THE ADMISSION OF SCOTT E. DAMON AND ROBERT W. THIELHELM, JR. AS COUNSEL PRO HAC VICE** |

SO ORDERED
LEWIS A. KAPLAN, USDJ
7/24/08

TO:  Jeffrey I. Carton                           William C. Zifchak
     Jerome Noll                                  Jackie Sumer
     Meiselman, Denlea, Packman, Carton &        Kaye Scholer LLP
     Eberz P.C.                                   425 Park Avenue
     1311 Mamaroneck Avenue                       New York, NY 10022
     White Plains, NY 10605                       wzifchak@kayescholer.com
     jcarton@mdpcelaw.com                         jsumer@kayescholer.com
     jnoll@mdpcelaw.com                           Attorneys for Spanish Broadcasting
     Attorneys for Plaintiff                      Systems, Inc.

PLEASE TAKE NOTICE that upon the annexed Certifications of Scott E. Damon and Robert W. Thielhelm, Jr. in support of this motion, and the Certificates of Good Standing annexed thereto, as well as the supporting Certification of Robertson D. Beckerlegge, Defendant,

- 1 -

All Star Vacation Marketing Group, Inc. will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, for an order allowing the admission of Scott E. Damon and Robert W. Thielhelm, Jr., members of the firm of Baker & Hostetler LLP and members in good standing of the Florida State Bar, as attorneys pro hac vice to argue or try this case in whole or in part as counsel to Defendant, All Star Vacation Marketing Group, Inc.

In further support of this motion, Defendant, All Star Vacation Marketing Group, Inc. states that there are no pending disciplinary proceedings against Messrs. Damon or Thielhelm in any State or Federal court.

Further, no other party opposes this motion.

WHEREFORE, Defendant, All Star Vacation Marketing Group, Inc., respectfully requests that the Court enter the attached order granting the unopposed motion for the pro hac vice admission of Scott E. Damon and Robert W. Thielhelm, Jr..

Respectfully submitted this 16th day of July, 2008.

Robertson D. Beckerlegge (RB 1829)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
Telephone:  212-589-4200
Facsimile:  212-589-4201
Attorneys for Defendant
ALL STAR VACATION MARKETING GROUP, INC.