KARAS, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GABRIELA CARMONA and EDNA SEPULVEDA,
on behalf of themselves and all
others similarly situated,

          Plaintiffs,

-against-

SPANISH BROADCASTING SYSTEM, INC. and
ALL STAR VACATION MARKETING GROUP, INC.,

          Defendants.
----------------------------------------------------------X

Civ. No. 08-4475 (LAK) (GWG)

**STIPULATION AND PROPOSED ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

WHEREAS Defendant ALL STAR VACATION MARKETING GROUP, INC.'s ("All Star") and Defendant SPANISH BROADCASTING SYSTEM, INC.'s ("SBS") have filed and served Motions to Dismiss Plaintiffs' First Amended Complaint, in lieu of an Answer;

WHEREAS Plaintiffs' Opposition to Defendants' Motions to Dismiss must be filed and served on or before August 29, 2008; and

WHEREAS Defendants' Replies in Support of Motions to Dismiss must be filed and served on or before September 19, 2008;

IT IS HEREBY STIPULATED by All Star, SBS and Plaintiffs, through counsel, that the revised briefing schedule for All Star and SBS's Motions be set as follows:

Deadline for Plaintiffs' Opposition to Defendants' Motions to Dismiss: September 12, 2008;

Deadline for Defendants' Replies in Support of Motions to Dismiss: October 3, 2008.

**STIPULATED AND AGREED TO BY:**

Date: August 27, 2008

MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ, P.C.

By: _____
Jerome Noll (JN7542)
1311 Mamaroneck Ave
White Plains, NY 10605

Attorneys for Plaintiffs

Date: August 27, 2008

BAKER & HOSTETLER LLP

By: _____
Scott E. Damon
45 Rockefeller Plaza
New York, NY 10111

Attorneys for All Star

Date: August 27, 2008

KAYE SCHOLER LLP

By: _____
Jacquelyn L. Sumer
425 Park Ave
New York, NY 10022

Attorneys for SBS

SO ORDERED this 2 day of Sept, 2008: _____
Judge Lewis A. Kaplan
United States District Judge

210868.WPD